**Order entered December 22, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00933-CV

## UBER TECHNOLOGIES, INC. AND RASIER, LLC, Appellants

### V.

## MARVIN SLOVAK AND KATRINA SLOVAK BOTH INDIVIDUALLY AND AS REPRESENTATIVES OF HEIRS TO AND BENEFICIARIES OF THE ESTATE OF ELIZABETH SLOVAK, DECEASED, Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-04447-E**

### ORDER

Before the Court is appellees' December 21, 2022 unopposed second motion for an extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 20, 2023. Because the brief was first due November 20, 2022, we caution appellees that further extension requests will be disfavored.

/s/     KEN MOLBERG
        JUSTICE